**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

DENNIS STEVENSON,

               Plaintiff,

        v.

STATE OF GEORGIA; GSP; MR. BOBBITT;
and JONES,

               Defendants.

CIVIL ACTION NO.: 6:20-cv-34

# O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4).  Plaintiff did not file Objections to the Report in which the Magistrate Judge recommended this Court dismiss without prejudice Plaintiff's cause of action based on his failure to return the required consent to collection and trust account forms.  Id.  In response, Plaintiff submitted his consent to collection of fees form but not his prison trust account statement.  (Doc. 5.)  Based on this submission, the Magistrate Judge allowed Plaintiff an additional 14 days to comply with the Court's April 8, 2020 Order, (doc. 3), but warned Plaintiff his failure to return the trust account statement form would result in the dismissal of his case.  (Doc. 7, p. 2.)  Plaintiff's extended deadline has passed, and Plaintiff has failed to return his trust account statement or otherwise respond to this Court's Orders.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Order and failure to prosecute, **DIRECTS** the Clerk of Court

to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

      **SO ORDERED**, this 16th day of July, 2020.


                        _____

                        R. STAN BAKER
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF GEORGIA