AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DENNIS STEVENSON

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:20-CV-00034

STATE OF GEORGIA, et. al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated July 16, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing Plaintiff's complaint without prejudice and denying Plaintiff in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

July 17, 2020                                                                       John E. Triplett, Acting Clerk
Date                                                                                        Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03